1

# TIFFANY & BOSCO
### P.A.

2    **2525 EAST CAMELBACK ROAD**
     **SUITE 300**
3    **PHOENIX, ARIZONA 85016**
     **TELEPHONE: (602) 255-6000**
4    **FACSIMILE: (602) 255-0192**
5
     Mark S. Bosco
6    State Bar No. 010167
     Leonard J. McDonald
7    State Bar No. 014228
     Attorneys for Movant
8
     10-00247
9
                    **IN THE UNITED STATES BANKRUPTCY COURT**
10
                         **FOR THE DISTRICT OF ARIZONA**
11

12
     IN RE:                                          No. 2:09-bk-07997-RTB
13
     Timothy Canez and Michelle Canez                     Chapter 13
14         Debtors.
                                                 NOTICE OF FILING MOTION FOR RELIEF
15   _____          FROM THE AUTOMATIC STAY AND
     HSBC Bank USA, National Association as Trustee    REQUIREMENT TO FILE
16   for Wells Fargo Asset Securities Corporation,
     Mortgage Pass-Through Certificates Series 2006-
17   AR13                                            RE:  Real Property Located at
              Movant,                                    19133 South 185th Drive
18        vs.                                            Queen Creek, AZ 85242
19   Timothy Canez and Michelle Canez, Debtors;
20   Edward J. Maney, Trustee.
21            Respondents.
22
23        NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from
     the automatic stay, the details of which are as follows:
24
     Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from
25   Stay, and/or Respondent has not provided Movant with adequate protection with respect to such
     property.  Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.
26

| | |
|---|---|
| 1 | FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no |
| 2 | objection is filed with the court and a copy served on Movant whose address is: |
| 3 | |
| 4 | HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR13 |
| 5 | c/o Mark S. Bosco, Esq. 2525 East Camelback Road, Suite 300 Phoenix, Arizona 85016 |
| 6 | |
| 7 | WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing. |
| 8 | |
| 9 | FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least |
| 10 | five (5) business days prior to the filing of the motion. |
| 11 | FINALLY, Movant's Counsel certifies that a letter was not sent seeking to resolve the issues |
| 12 | necessitating the motion, as the Debtor has indicated that they are surrendering their interest in the property or the property is not the Debtor's main residence. |
| 13 | |
| 14 | DATED this 19th day of January, 2010. |
| 15 | TIFFANY & BOSCO, P.A. |
| 16 | |
| 17 | By /s/ MSB # 010167 Mark S. Bosco |
| 18 | Leonard J. McDonald Attorneys for Movant |
| 19 | Copy of the foregoing was mailed on January 19, 2010, to: |
| 20 | |
| 21 | Timothy Canez and Michelle Canez 19133 South 185th Drive Queen Creek, AZ 85242 |
| 22 | Debtors |
| 23 | Ronald Hoffbauer |
| 24 | P.O. Box 10434 Phoenix, AZ 85064 |
| 25 | Attorney for Debtors |
| 26 | |

Edward J. Maney
P.O. Box 10434
Phoenix, AZ  85064-0434
Trustee

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By:  Wendy A. Van Luven