## TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00247/0065679797

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-07997-RTB |
| Timothy Canez and Michelle Canez | Chapter 7 |
| Debtors. | CERTIFICATE OF SERVICE AND NO OBJECTION |
| HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR13 | |
| Movant, | |
| vs. | |
| Timothy Canez and Michelle Canez, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

STATE OF ARIZONA     )
                     ) ss.
County of Maricopa   )

I, Mark S. Bosco, under oath, depose and say:

That on January 19, 2010, I caused to be mailed a copy of the Notice of Filing Motion for Relief from Stay and Requirement to File, along with a copy of Motion for Relief from the Automatic Stay, and a copy of a proposed Order Lifting Stay, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Timothy Canez and Michelle Canez
19133 South 185th Drive
Queen Creek, AZ 85242
Debtors

Ronald Hoffbauer
P.O. Box 10434
Phoenix, AZ 85064
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

and no objection to relief has been received by the affiant

TIFFANY & BOSCO, P.A.

BY _____
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016

SUBSCRIBED AND SWORN to before me this 9th day of February, 2010.

_____
Notary Public



OFFICIAL SEAL
LISA R. ANGSTADT
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 5, 2011

Copy of the foregoing was
mailed this 9th day of February, 2010.

Timothy Canez and Michelle Canez
19133 South 185th Drive
Queen Creek, AZ 85242
Debtors

Ronald Hoffbauer
P.O. Box 10434
Phoenix, AZ 85064
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107

U.S. Trustee
230 North 1st Avenue
Phoenix, AZ 85003-1706

By: Lisa R. Montee